No. 02–6629. NAVARRETE-LANDA v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 02–6630. CRUM v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 02–6632. DUFFY v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 02–6633. COOK v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 02–6635. SHINGLER v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 02–6636. HILL v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 02–6637. HODULIK v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 02–6638. HICHEZ v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 02–6641. FAST v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 02–6644. HARRISON v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 02–6646. FRIAS-CASTRO v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 02–6649. BRANGO v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 02–6650. PEREZ, AKA SANCHEZ v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 02–6662. FYE, AKA SCHARPENTER v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 02–6663. FRENCH v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 02–6667. MARTINEZ, AKA MEZA v. UNITED STATES. C. A. 9th Cir. Certiorari denied.